No. 544, Misc. ORTEGA *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 550, Misc. DI SILVESTRO *v.* UNITED STATES VETERANS ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff* for respondents.

No. 561, Misc. TILLMAN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 562, Misc. MERCER *v.* NEW YORK ET AL. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 585, Misc. MAHURIN *v.* WARDEN, MISSOURI STATE PRISON, ET AL. Supreme Court of Missouri. Certiorari denied.

No. 587, Misc. GRIESHABER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 604, Misc. MIKKA *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 21. UNITED STATES *v.* TWIN CITY POWER Co. ET AL., *ante,* p. 222;

No. 209. UNITED STATES *v.* TWIN CITY POWER COMPANY OF GEORGIA ET AL., *ante,* p. 956;

No. 589. V. P. SERODINO, INC. *v.* UNITED STATES ET AL., *ante,* p. 961;

No. 396, Misc. MAHAR *v.* LAINSON, WARDEN, *ante,* p. 972; and

No. 430, Misc. SPAMPINATO ET UX. *v.* M. BREGER & Co., INC., *ante,* p. 973. Petitions for rehearing denied.